```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :      16cr273-11 (DLC)
             -v-                          :
                                          :         ORDER
MARCUS TOXEY,                             :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant's motion of April 11, 2023 is granted and the defendant's term of supervised release is terminated.

    SO ORDERED:

Dated:    New York, New York
           April 28, 2023

                                        _____
                                             DENISE COTE
                                      United States District Judge